■ SHERRILL PATTON, Respondent, v STAFF BUILDERS, INC., Appellant. [672 NYS2d 1022] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.—Summary Judgment.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Balio, JJ.